IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>QUANISHA M. CAPELTON,<br>DOB: 10/20/1985<br><br>    Defendant. | Case No. _____<br><br>**COUNT ONE:**<br>18 U.S.C. § 1014<br>(False Statement to a Financial Institution)<br>NMT 30 Years' Imprisonment<br>NMT $1,000,000 Fine<br>NMT 5 Years' Supervised Release<br>Class B Felony<br><br>**COUNT TWO:**<br>18 U.S.C. § 1344<br>(Bank Fraud)<br>NMT 30 Years' Imprisonment<br>NMT $1,000,000 Fine<br>NMT 5 Years' Supervised Release<br>Class B Felony<br><br>**COUNT THREE and FOUR:**<br>18 U.S.C. § 1028A<br>(Aggravated Identity Theft)<br>2 Years' Consecutive Imprisonment<br>Class E Felony<br><br>**COUNT FIVE:**<br>18 U.S.C. § 1343 and 2<br>(Wire Fraud)<br>NMT 20 Years' Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years' Supervised Release<br>Class C Felony<br><br>$100 Mandatory Assessment Per Count<br><br>Restitution May Be Ordered |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

At times relevant to this Indictment:

1.  Quanisha M. Capelton, the defendant, was an individual who resided in the Western District of Missouri.

2. J.J. was an individual who resided in the St. Louis, Missouri, metropolitan area. J.J. did not know Quanisha M. Capelton, and J.J. did not provide consent for Quanisha M. Capelton to use J.J.'s personal information for any purpose.

3. S.S. was an individual who resided in the St. Louis, Missouri, metropolitan area. S.S. did not know Quanisha M. Capelton, and S.S. did not provide consent for Quanisha M. Capelton to use S.S.'s personal information for any purpose.

4. Equity Bank was a financial institution, as that term is defined in Title 18, United States Code, Section 20, based in Andover, Kansas, with branch locations in the Western District of Missouri.

5. Equity Bank offered banking services to its customers in the Western District of Missouri, including, but not limited to, the opening of checking accounts and the disbursement of loans.

6. Sun Loan Company was a business registered to do business within the state of Missouri. Sun Loan Company was headquartered in San Antonio, Texas, with branch locations in the Western District of Missouri.

7. Sun Loan Company was engaged in the business of providing consumer loans to individuals.

**Schemes to Defraud**

8. On or between December 27, 2019, and August 25, 2021, defendant Quanisha M. Capelton participated in a bank fraud scheme and a wire fraud scheme. As part of both schemes, the defendant impersonated individuals, using their personal information and credit scores, to open accounts and/or apply for loans.

**Bank Fraud Scheme**

9. On or about December 27, 2019, Quanisha M. Capelton opened a checking account in J.J.'s name at the Equity Bank branch located at 1251 S.W. Oldham Parkway, Lee's Summit, Missouri. To open the account, Quanisha M. Capelton provided Equity Bank with a fraudulent Missouri driver's license containing Quanisha M. Capelton's photograph and J.J.'s name, J.J.'s address, and J.J.'s date of birth. Additionally, Quanisha M. Capelton provided Equity Bank personnel with J.J.'s social security number and signed J.J.'s name on the Equity Bank account agreement form.

10. On or between January 3, 2020, and January 7, 2020, Quanisha M. Capelton worked with Equity Bank personnel to apply for a $2,500.00 loan. During the loan application process, J.J.'s name, social security number, and date of birth were used. Additionally, fraudulent paystubs were provided to Equity Bank personnel indicating that J.J. worked at a healthcare company in Kansas City, Missouri.

11. On or about January 8, 2020, Quanisha M. Capelton traveled to the Equity Bank branch located at 909 N.E. Rice Road, Lee's Summit, Missouri, and signed J.J.'s name on documents for the $2,500.00 loan, including, but not limited to, the loan's promissory note.

**Wire Fraud Scheme**

12. Next, starting on or about August 23, 2021, Quanisha M. Capelton devised, intended to devise, and participated in a scheme to defraud the Sun Loan Company, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises. Specifically, on or about August 23, 2021, a $4,500 consumer loan application was submitted online to Sun Loan Company. The application contained S.S.'s personal information, including her name and date of birth. The application was submitted from the Western District of Missouri and was received by Sun Loan Company in San Antonio, Texas.

13. The loan application was subsequently transferred for processing to the Sun Loan Company branch located at 523 East U.S. Highway 24, Independence, Missouri. At that location, Sun Loan Company personnel requested and obtained a credit report for S.S. through TransUnion. Additionally, a fraudulent paystub was provided to Sun Loan Company personnel indicating that S.S. worked at a healthcare company in Kansas City, Missouri.

14. On or about August 25, 2021, Quanisha M. Capelton reported to the Sun Loan Company branch located at 523 East U.S. Highway 24, Independence, Missouri, to obtain the loan proceeds. While interacting with Sun Loan Company personnel, Quanisha M. Capelton impersonated S.S. and provided Sun Loan Company personnel with a fraudulent Missouri driver's license with a photograph that appears to be Quanisha M. Capelton and S.S.'s personal information, including S.S.'s date of birth and home address.

## COUNT ONE
**(False Statement to a Financial Institution)**

15. On or about December 27, 2019, in the Western District of Missouri, defendant Quanisha M. Capelton, knowingly made a false statement for the purpose of influencing the action of Equity Bank, an institution the accounts of which are insured by the Federal Deposit Insurance Corporation, in connection with a checking account application, in that Quanisha M. Capelton claimed to be J.J., when in truth and in fact, as the defendant well knew, she was not J.J., in violation of Title 18, United States Code, Section 1014.

## COUNT TWO
**(Bank Fraud)**

16. The allegations contained in paragraphs one through 11 of this Indictment are realleged and incorporated by reference.

17. On or about January 8, 2020, in the Western District of Missouri, defendant Quanisha M. Capelton, with the intent to defraud, did knowingly execute, attempt to execute, and

4

participate in a scheme and artifice to defraud a financial institution and to obtain money, funds, and credits under the custody and control of a financial institution by means of false or fraudulent pretenses, representations, and promises. Specifically, Quanisha M. Capelton falsely represented to Equity Bank that she was J.J. and signed J.J.'s name on a promissory note for a personal loan, and the defendant then and there well knew, she was not J.J., in violation of Title 18, United States Code, Section 1344.

## COUNTS THREE and FOUR
### (Aggravated Identity Theft)

18. The allegations contained in paragraphs one through 11 and 15 through 17 of this Indictment are realleged and incorporated by reference.

19. On or about the below listed dates, in the Western District of Missouri, defendant Quanisha M. Capelton, during and in relation to the offense of making a false statement to a financial institution as set forth in Count One of this Indictment and during and in relation to the offense of bank fraud as set forth in Count Two of this Indictment, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, as that term is defined in 18 U.S.C. § 1028(d)(7), knowing that the means of identification belonged to another actual person, as provided below:

| Count | Date of Offense | Means of Identification Defendant Used Without Lawful Authority |
|---|---|---|
| Three | 12/27/2019 | The name, date of birth, and social security number of J.J., associated with the offense of making a false statement to a financial institution in Count One |
| Four | 01/08/2020 | The name of J.J., associated with the offense of bank fraud in Count Two |

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT FIVE
## (Wire Fraud)

20. The allegations contained in paragraphs one through eight and 12 through 14 of this Indictment are realleged and incorporated by reference.

21. On or about August 23, 2021, in the Western District of Missouri and elsewhere, defendant Quanisha Capelton, with the intent to defraud and for the purpose of executing and aiding and abetting a scheme and artifice to defraud the Sun Loan Company caused to be transmitted by means of wire communication in interstate commerce, writings, sings, and signals. Specifically, Quanisha M. Capelton caused a TransUnion credit report to be electronically transmitted from the state of Pennsylvania to the Sun Loan Company branch located in Independence, Missouri, in violation of Title 18, United States Code, Sections 1343 and 2.

A TRUE BILL.

2/8/2022
DATE

/s/ *Kathleen Shaw*
FOREPERSON OF THE GRAND JURY

/s/ *Nicholas P. Heberle*
Nicholas P. Heberle
Assistant United States Attorney